Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 339699)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorney for Defendant Mercedes-Benz USA, LLC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ERIC ALLEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01222-DJC-JDP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Evidence, Rule 201, Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA"), respectfully requests that the Court take judicial notice of the following documents:

1. **Exhibit 1**- Judgment on Jury Verdict in *Israel Gonzales et al v. MERCEDES-BENZ USA, LLC,* Superior Court of California, County of Los Angeles, Case No. SC128379, a similar Song-Beverly warranty case awarding damages, including civil penalties, in the amount of $355,841.07.

2. **Exhibit 2-** Order on Motion for Attorneys' Fees in *Raul Estuardo Tiul Ortega v. BMW of North America, LLC* (C.D. Cal., Case No. 2:18-cv-06637-R-SK),

1

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S OPPOSITION TO PLAINTIFF'S'MOTION FOR REMAND**

wherein the Court awarded $164,305.63 in fees in a similar Song-Beverly warranty case and approved rates of $550/hour.

3. **Exhibit 3-**Order on Motion for Attorneys' Fees in *Dale v. BMW NA (C.D. Cal., Case Number: 2:22-cv-05668-RGK-PVC),* wherein the Court awarded $83,450 in fees in a similar Song-Beverly warranty case and approved rates from $500/hour to $650/hour for attorneys.

4. **Exhibit 4-**Order on Motion for Attorneys' Fees in *Benavides v. BMW NA (C.D. Cal., Case Number: 2:22-cv-00633-MRW)* wherein the Court awarded $53,597.50 in attorneys' fees in a similar Song-Beverly warranty case and approved the requested rates.

5. **Exhibit 5-**Order on Motion for Attorneys' Fees in *Garcia v. FCA* (C.D. Cal., Case No. CV 17-2198 MRW, 2020 WL 1057320) wherein the Court awarded $22,122.00 in attorneys' fees in a similar Song-Beverly warranty case.

6. **Exhibit 6-**Order on Motion for Attorneys' Fees in *Jorge Barrera v. Jaguar Land Rover North America, LLC et al*. (C.D. Cal., Case No. 5:19-cv-00847-DOC-SHK) wherein the Court awarded $143,062.50 in attorneys' fees and $12,123.01 in costs and expenses in a similar Song-Beverly warranty case and approved rates of $550/hour.

7. **Exhibit 7-**Order on Motion for Attorneys' Fees in *Rita Gamez v. FCA US LLC* (Los Angeles Superior Court, Case No. BC638011*)* wherein the Court awarded $95,497.50 in attorneys' fees and $28,546.20 in costs and expenses in a similar Song-Beverly warranty case.

8. **Exhibit 8-**Order on Motion for Attorneys' Fees in *Morgan v. FCA* (Los Angeles County Superior Court, Case No. BC625668) wherein the Court awarded $72,478.75 in attorneys' fees in a similar Song-Beverly warranty case.

9. **Exhibit 9-**Order on Motion for Attorneys' Fees in *Anita Longin vs. Ford Motor Company* (Los Angeles Superior Court, Case No. BC564186) wherein the Court awarded $227,228.00 in attorneys' fees and $31,712.55 in costs and

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S OPPOSITION TO PLAINTIFF'S'MOTION FOR REMAND**

expenses in a similar Song-Beverly warranty case.

10. **Exhibit 10-**Order on Motion for Attorneys' Fees in *Roman Salcedo v. FCA US LLC* (Los Angeles Superior Court, Case No. BC655659) wherein the Court awarded $99,333.75 in attorneys' fees in a similar Song-Beverly warranty case.

11. **Exhibit 11-**Order on Motion for Attorneys' Fees in *Israel Gonzales et al v. MERCEDES-BENZ USA, LLC,* Superior Court of California, County of Los Angeles, Case No. SC128379 wherein the Court awarded $198,401.47 in fees and approved rates from $350/hour to $550/hour in a similar Song-Beverly warranty case.

12. **Exhibit 12-**Order on Motion for Attorneys' Fees in *Frederick Jurosky v. BMW of North America,* Case No. 3:19-cv-00706-JM-BGS (S.D. Cal. 2020), ECF Dkt 70) wherein the Court awarded $148,414.95 in fees and noted that Plaintiff accepted judgment in his favor for $122,596.92 in a similar Song-Beverly warranty case.

13. **Exhibit 13-** Order on Motion for Attorneys' Fees in *Zagarian v. BMW of North America,* Case No. 2:17-cv-05061-DMG-PLA (C.D. Cal. 2019), ECF Dkt 136) wherein the Court awarded $213,447.50 in fees and approved rates of $335/hr-$600/hr 92 in a similar Song-Beverly warranty case.

14. **Exhibit 14-**Order on Motion for Attorneys' Fees in *Catherine Shepard v. BMW of North America,* Case No. VC622506, Superior Court of California, County of Los Angeles wherein the Court awarded $144,720.50 in fees and $32,308.53 in costs, and expenses and noted that Plaintiff accepted $121,312.44 to settle the case in this similar Song-Beverly warranty case.

## LEGAL AUTHORITY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

Federal Rule of Evidence 201 authorizes this Court to take judicial notice of such admissions because they are "not subject to reasonable dispute in that" they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. Rule Evid. 201(b); *Singh v. Ashcroft,* 393 F.3d 903, 905

3

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S OPPOSITION TO PLAINTIFF'S'MOTION FOR REMAND**

(9th Cir. 2004). Further, the Rule mandates that judicial notice be taken where it is "requested by a party and supplied with the necessary information," *id.* at 201(d), and authorizes judicial notice "at any stage of the proceeding," id. at 201(f). Further, **a court may take judicial notice of court records in another case.** *United States v. Howard,* 381 F.3d 873, 876 n.1 (9th Cir. 2004) (emphasis added).

Here, the Court may take judicial notice of the documents listed above pursuant to Federal Rules of Evidence Rule 201 and relevant caselaw because they are records whose authenticity no party questions and which can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Moreover, the records for which judicial notice are being requested consist of court records in other cases, and are inherently reliable.

Dated: May 23, 2025                              THETA LAW FIRM, LLP



_____
Mehgan Gallagher
Attorney for Defendant Mercedes-Benz USA, LLC

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S OPPOSITION TO PLAINTIFF'S'MOTION FOR REMAND**

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, I filed the foregoing document entitled **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LL'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.



_____
Mehgan Gallagher

5

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT MERCEDES-BENZ USA, LLC'S OPPOSITION TO PLAINTIFF'S'MOTION FOR REMAND**