# EXHIBIT 8

**ORIGINAL**

RECEIVED
AUG 23 2018
FILING WINDOW

**FILED**
LOS ANGELES SUPERIOR COURT
SEP 18 2018
SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK
BY _____ Deputy
Mysty Mort

BY FAX

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

| | |
|---|---|
| GEOFFREY T. MORGAN and AMBYR N. MORGAN, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, a Delaware Limited Liability Company; CERRITOS DODGE, INC., a California Corporation dba CERRITOS DODGE CHRYSLER JEEP; and DOES 1 through 10, inclusive <br><br> Defendant. | Case No.: BC625668 <br><br> [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES <br><br> Date: August 8, 2018 <br> Time: 8:30 am <br> Dept.: 58 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///
///
///

1

[PROPOSED] ORDER

      Plaintiffs' Motion for Attorney's Fees came on regularly for hearing on August 8, 2018, at 8:30 a.m., in Department 58, of the above-entitled court located at 111 North Hill Street, Los Angeles, CA 90012, the Honorable John P. Doyle, presiding. Plaintiffs moved the Court for an award of $72,478.75 in lodestar attorney fees plus a 1.5 lodestar multiplier.

      Brian Murray of the Law Offices of Michael H. Rosenstein, LC appeared on behalf of Plaintiffs Geoffrey T. Morgan and Ambyr N. Morgan, and Lisa Schwartz-Tudzin of Nixon Peabody LLP appeared telephonically on behalf of Defendants FCA US LLC And Cerritos Dodge, Inc. Having read the motions, the memoranda, the declarations filed by the parties, and having heard oral argument of counsel, the Court took the motion under submission. Later, outside the presence of counsel, the Court ruled on the submitted matter as follows:

1. Plaintiffs' Motion for Attorney's Fees is GRANTED;
2. The Court finds that the following hourly rates requested by Plaintiffs' counsel are reasonable:

<u>Knight Law Group, LLP</u>
- Steve Mikhov $500.00/hr
- Roger Kirnos $400.00/hr
- Sepehr Daghighian $400.00/hr
- Kirk Donnelly $375.00/hr
- Amy Morse $350.00/hr
- Kristina Stephenson-Cheang $350.00/hr
- Deepak Devabose $250.00/hr
- George Aguilar $250.00/hr
- Jennifer Reiz $225.00/hr
- Thomas Burns $225.00/hr

<u>Law Offices of Michael H. Rosenstein, LC</u>
- Michael H. Rosenstein $500.00/hr
- Brian Murray $350.00/hr
- Jamie Adler $300.00/hr

1.  - Jim Martinez $275.00/hr
2.  - Raymond Hay $275.00/hr
3. Plaintiffs are awarded lodestar attorney's fees in the amount of $72,478.75;
4. The Court declines to grant a lodestar multiplier;
5. Defendants' Motion to Tax Costs remains as previously set on September 18, 2018.

**IT IS HEREBY ORDERED.**

**IT IS SO ORDERED**

Dated: SEP 1 8 2018

Judge of the Superior Court
JOSEPH R. KALIN

Prepared by:
**KNIGHT LAW GROUP, LLP**
Steve Mikhov (SBN 224676)
Roger Kirnos (SBN 283163)
10250 Constellation Blvd. Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Email: stevem@knightlaw.com
       rogerk@knightlaw.com
Attorneys for Plaintiffs,
**GEOFFREY T. MORGAN and AMBYR N. MORGAN**

PROOF OF SERVICE
(Code of Civil Procedure §1013a)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 10250 Constellation Blvd., Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Said document was served on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

Scott S. Shepardson, Esq.
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Fax: 415-984-6300
**Counsel for Defendant,
FCA US LLC and
CERRITOS DODGE CHRYSLER JEEP**

XX   BY MAIL: I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at a Postal Service collection box at Los Angeles, California, in the ordinary course of business. The envelope was sealed and placed for collection that same day following ordinary business practices, addressed to the above-referenced attorney.

XX   BY FACSIMILE: By personally faxing the above-referenced document to the facsimile number below the recipient's name.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 16, 2018 at Los Angeles, California.

SARAH SEMSAR

-1-
PROOF OF SERVICE

PROOF OF SERVICE
(Code of Civil Procedure §1013a)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 10250 Constellation Blvd., Suite 2500, Los Angeles, CA 90067.

I served the foregoing document described as:

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Said document was served on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

Scott S. Shepardson, Esq.
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, Ca, 94111
**Counsel for Defendant,**
**FCA US LLC and**
**CERRITOS DODGE CHRYSLER**
**JEEP**
(Via Mail Only)

__XX__   BY MAIL: I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at a Postal Service collection box at Los Angeles, California, in the ordinary course of business. The envelope was sealed and placed for collection that same day following ordinary business practices, addressed to the above-referenced attorney.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 23, 2018 at Los Angeles, California.

*Jacqueline Gidney*
Jacqueline Gidney

-1-
PROOF OF SERVICE